**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TEMUJIN KENSU, *et al.*,

      *Plaintiffs*,

-vs-

KEEFE COMMISSARY NETWORK, LLC,

      *Defendant.*

Case No. 18-10171

Hon. Avern Cohn

_____/

## STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) Plaintiff Temujin Kensu by way of his counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant.

Dated:  January 29, 2019

By:  */s/ Keith Altman*
    Keith Altman (P81702)
    Excolo Law, PLLC
    26700 Lahser Road, Suite 401
    Southfield, MI 48033
    (516) 456-5885
    kaltman@excololaw.com

    *Counsel for Plaintiff*
    *and the Class*

By:  */s/ Bradford S. Moyer*
    Bradford S. Moyer (P51451)
    Plunkett Cooney
    950 Trade Center Way, Suite 310
    Kalamazoo, MI 49002
    (269) 382-5935
    bmoyer@plunkettcooney.com

    *Counsel for Defendant*